UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

                Plaintiff,

        -against-

ST. BARNABAS HOSPITAL CENTER, et al.,

              Defendants.

25-CV-9070 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated March 6, 2026, the Court directed Plaintiff to file an amended pleading within 60 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status for the purpose of an appeal is denied. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court requests the Clerk of Court to enter a civil judgment dismissing this action.

SO ORDERED.

Dated:    April 20, 2026
           New York, New York

                                  _____
                                      Louis L. Stanton
                                        U.S.D.J.