UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

                          Plaintiff,

        -against-

ST. BARNABAS HOSPITAL CENTER, ET
AL.,

                          Defendants.

25-cv-9070 (LLS)

CIVIL JUDGMENT

For the reasons stated in the April 20, 2026, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status for the purpose of an appeal is denied. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

 Dated:    April 27, 2026
           New York, New York

                                        /s/ Louis L. Stanton
                                        Louis L. Stanton
                                        United States District Judge